UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VAUGHAN H. STEVENS, III,<br><br>    Plaintiff,<br><br>        v.<br><br>CPM CONSTRUCTORS,<br><br>    Defendant. | Civil Action No. 2:15-cv-000389-DBH |

## STIPULATION OF DISMISSAL

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated: January 4, 2016        /s/ *Chad T. Hansen*
                              Chad T. Hansen, Esq.
                              Attorney for Plaintiff

                              Maine Employee Rights Group
                              92 Exchange Street
                              Portland, Maine 04101
                              207-874-0905

Dated: January 4, 2016        /s/ *Margaret Coughlin LePage*
                              Margaret Coughlin LePage, Esq.
                              Attorney for Defendant

                              Pierce Atwood
                              Merrill's Wharf
                              254 Commercial Street
                              Portland, Maine 04101
                              207-792-1382

1

2

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing document upon all counsel of record through this Court's electronic filing system on the date below.

Dated: January 4, 2016                         <u>/s/ Chad T. Hansen</u>